UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

NICOLE ALTIERI,
             Plaintiff,

v.                                        Civil Action No.: 3 :11cv00905(AVC)

BIC USA INC.,
             Defendant.                   September 13, 2011

---

## MOTION TO DIMISS FOR FAILURE TO FILE BOND FOR SECURITY FOR COSTS

Pursuant to D. CONN. L. Civ. R. 83.3, Defendant, BIC USA Inc., respectfully moves to

dismiss for failure by Plaintiff, Nicole Alfieri, to post bond pursuant to the Court's Order. (Doc.

13.)

In support of this Motion, Defendant represents as follows:

1.      On August 10, 2011, the Court ordered Plaintiff to deposit or file a bond with

        sufficient surety in the sum of $500.00 within thirty days of August 10, 2011.

        (Doc. 13.)

2.      More than thirty days has lapsed since the issuance of the Court's Order.

3.      As of the date of this Motion, September 13, 2011, Plaintiff has not posted a bond

        in compliance with that Order.

WHEREFORE, Defendant, BIC USA Inc., respectfully moves this Court to dismiss the above-captioned matter for failure by Plaintiff to post bond in accordance with the Court's Order.

DEFENDANT,
BIC SA INC.

By: _____
Michael J. Soltis (C 07143)
soltism aekgonlew s.corn
Jackson Lewi LLP
177 Broad Stree 8th Floor
P.O. Box 251
Stamford, CT 06904
Ph. 203.961.0404, Fax. 203.324.4704

Alison Jacobs Wice (CT21771)
wicea@jacksonlewis.corn
90 State House Square, 8th Floor
Hartford, CT 06103
Ph. 860.522.0404, Fax. 860.247.1330

ITS ATTORNEYS

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Motion to Dismiss for Failure to File Bond for Security for Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CMIECF System.

This today of September, 2011.

Alison jacobs Wice