UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE ALTIERI,<br>       Plaintiff, | : |
| v. | :   Civil Action No.: 3:11cv00905(AVC) |
| BIC USA INC.,<br>       Defendant. | :   September 13, 2011 |

### REQUEST TO WITHDRAW DEFENDANT'S MOTION TO DIMISS FOR FAILURE TO FILE BOND FOR SECURITY FOR COSTS

Upon notice this date from Plaintiff's counsel, Defendant understands that Plaintiff has filed her bond for security for costs pursuant to the Court's Order that she do so (Doc. 13). Defendant did not receive e-Notice nor other notice of her compliance with such Order before this date. Plaintiff has not filed a response to Defendant's Motion to Dismiss for Failure to File Bond (Doc. 19). Accordingly, Defendant, BIC USA Inc., respectfully requests to withdraw its Motion to Dismiss for Failure to File Bond, without further action by the Court.

DEFENDANT,
BIC USA INC.

By: _____
Michael J. Soltis (CT07143)
soltism@jacksonlewis.com
Jackson Lewis LLP
177 Broad Street, 8th Floor
P.O. Box 251
Stamford, CT 06904
Ph. 203.961.0404, Fax. 203.324.4704

Alison Jacobs Wice (CT21771)
wicea@jacksonlewis.com
90 State House Square, 8th Floor
Hartford, CT 06103
Ph. 860.522.0404, Fax. 860.247.1330

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Request to Withdraw its Motion to Dismiss for Failure to File Bond for Security for Costs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This 13th day of September, 2011.

_____
Alison Jacobs Wice