UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE ALTIERI,<br>        Plaintiff, | |
| v. | Civil Action No.: 3:11cv00905(AVC) |
| BIC USA INC.,<br>        Defendant. | September 21, 2011 |

## OBJECTION TO PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Defendant, BIC USA Inc., hereby objects to Plaintiff's Second Motion for Extension of Time (Doc. 21). In support of this Objection, Defendant submits:

1. Plaintiff fails to offer good cause why a second 30-day extension of time is warranted in this case, where she merely offers that her counsel has given other matters priority and that the more than fifty (50) days her counsel has already had to respond to Defendant's Motion to Dismiss is not enough time to review and research the issues raised thereby.

2. Defendant filed its Motion to Dismiss on August 4, 2011 (Docs. 10, 11) and Plaintiff's response thereto was originally due on August 25, 2011.

3. In advance of her first Motion for Extension to respond to Defendant's Motion to Dismiss, Plaintiff's counsel requested Defendant's position on a sixty (60) day extension of time, to which the undersigned objected but offered that Defendant would not object to a thirty (30) day extension. Plaintiff fails to note this previous objection in her Second Motion for Extension.

4. The "extensive" exhibits to Defendant's Motion to Dismiss to which Plaintiff refers as putative support for her request for a second 30-day extension consist of decisions cited in Defendant's Motion to Dismiss, which presumably would be the subject of Plaintiff's

research in any event, the CHRO Decision below to which Plaintiff has had access since on or about February 18, 2011, and Plaintiff's own CHRO Complaint. The inclusion of these documents with Defendant's Motion to Dismiss is more likely to *save* Plaintiff's counsel time in researching a response than require additional time as Plaintiff's Motion suggests.

WHEREFORE, based on the above and as Plaintiff is required by D. Conn. Local Rule 7(b) to provide good cause for her request, Defendant respectfully requests that Plaintiff's Second Motion for Extension be denied and she is required to file her response, if any, without further dely.

        DEFENDANT,
        BIC USA INC.

By:    /s/ Alison Jacobs Wice
       Michael J. Soltis (CT07143)
       soltism@jacksonlewis.com
       Jackson Lewis LLP
       177 Broad Street, 8th Floor
       P.O. Box 251
       Stamford, CT 06904
       Ph. 203.961.0404, Fax. 203.324.4704

       Alison Jacobs Wice (CT21771)
       wicea@jacksonlewis.com
       90 State House Square, 8th Floor
       Hartford, CT 06103
       Ph. 860.522.0404, Fax. 860.247.1330

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Objection to Plaintiff's Second Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This 21st day of September, 2011.

                                                        /s/ Alison Jacobs Wice
                                                       Alison Jacobs Wice