## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICOLE ALTIERI,** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:11-CV-00905(AVC)** |
| | : | |
| **v.** | : | |
| | : | |
| **BIC USA INC.** | : | September 21, 2011 |
| **Defendant** | : | |

## REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Plaintiff, Nicole Altieri, hereby responds to the Defendant's Objection to Plaintiff's Second Motion for Extension of Time.  Plaintiff responds to the Defendant's Objection with the following:

Plaintiff has demonstrated good cause to support its Motion for Extension of Time.

1. Defendant argues that the Plaintiff has not shown good cause by pointing to the fact that Plaintiff's counsel listed as one of its reasons for an extension that counsel was also currently working on two outstanding oppositions to Motions for Summary Judgment. Defendant labels this as counsel having simply given other matters priority.  The fact that Plaintiff's counsel has apprised the court that it was working on other matters simultaneously to the present case does not mean that counsel has given priority to those other matters and is rank speculation on the part of the Defendant.  Counsel has been diligently working on responding to the Defendant's Motion to Dismiss, as well as other matters in furtherance of its duty to the court and its' clients.

2. Plaintiff's counsel has recently lost an attorney, which has required reassignment of files and a significantly increased caseload on the remaining attorneys.

3. Defendant's counsel a very large international law firm has regularly been granted extensions of time in a plethora of matters while maintaining a dramatically larger number of attorneys; perforce Defendants counsel would never require extensions of time in any case should one accept their fallacious reasoning.

4. Defendant notes that the unreported cases that are cited and has attached as exhibits should help the Plaintiff in its research of this case.  What it fails to address is that the Defendant's reliance on such a high number of unreported cases means that the issues raised by the Defendant are not necessarily settled law, thereby requiring the Plaintiff to conduct extensive additional research.

5. The request for an additional thirty (30) days in which to respond to the Defendant's Motion to Dismiss will not prejudice either party and is in the best interest of justice.

WHEREFORE, the Plaintiff respectfully requests that her Second Motion for Extension of Time be granted, allowing her an additional thirty (30) days to file her Objection to the Defendant's Motion to Dismiss.

Respectfully submitted,
NICOLE ALTIERI, Plaintiff

By: _____/s/
Eugene Axelrod (ct00309)
Axelrod & Associates, LLC
8 Lunar Drive
Woodbridge, CT 06525
203-389-6526 (T)
203-389-2656 (F)

**CERTIFICATION**

I hereby certify that on September 21, 2011 a copy of the foregoing was electronically filed and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail to anyone unable to accept electronic filing through the Court's CM/ECF System.

By: _____/s/
Eugene Axelrod (ct00309)
Axelrod & Associates LLC
8 Lunar Drive
Woodbridge, CT 06525
203-389-6526 (T)
203-389-2656 (F)

.