UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE ALTIERI,<br>　　　Plaintiff, | : <br> : <br> : <br> : |
| v. | : Civil Action No.: 3:11cv00905(AVC) <br> : |
| BIC USA INC.,<br>　　　Defendant. | : <br> : MARCH 26, 2012 <br> : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above captioned action be dismissed, in its entirety as to all parties, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Respectfully submitted,

PLAINTIFF,　　　　　　　　　　　　　　DEFENDANT,
NICOLE ALTIERI　　　　　　　　　　　　BIC USA INC.

　　　　　　　　　　　　　　　　　　　　By:　/s/ Alison Jacobs Wice
By:　/s/ Eugene N. Axelrod　　　　　　　Michael J. Soltis (CT07143)
Eugene N. Axelrod (CT00309)　　　　　　soltism@jacksonlewis.com
Eaxelrod@axelrodlegal.com　　　　　　　Jackson Lewis LLP
Axelrod & Associates, LLC　　　　　　　177 Broad Street, 8th Floor
8 Lunar Drive　　　　　　　　　　　　　P.O. Box 251
Woodbridge, CT 06525　　　　　　　　　Stamford, CT 06904
Ph. 203.389.6526　　　　　　　　　　　Ph. 203.961.0404, Fax. 203.324.4704
Fax. 203.389.2656

　　　　　　　　　　　　　　　　　　　　Alison Jacobs Wice (CT21771)
HER ATTORNEY　　　　　　　　　　　　wicea@jacksonlewis.com
　　　　　　　　　　　　　　　　　　　　90 State House Square, 8th Floor
　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　　　Ph. 860.522.0404, Fax. 860.247.1330

　　　　　　　　　　　　　　　　　　　　ITS ATTORNEYS

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This 26th day of MARCH, 2012.

_____
Alison Jacobs Wice